**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 3:08-cr-391-J-32JRK

RONALD LEON SEABROOKS,

    Defendant.

_____

# O R D E R

This case is before the Court on Defendant Ronald Leon Seabrooks's Unopposed Motion for Sentence Reduction under the First Step Act of 2018. (Doc. 59). Section 404 of the First Step Act, Pub. L. No. 115-391, made retroactive the reduction in statutory penalties that were modified by the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Sta. 2372 (2010). According to the First Step Act, a court may "impose a reduced sentence as if [the Fair Sentencing Act of 2010] were in effect at the time the covered offense was committed." First Step Act of 2018, Pub. L. No. 115-391, § 404(b) (2018).

In April 2009, Mr. Seabrooks was sentenced to 170 months' imprisonment followed by 5 years of supervised release. (Doc. 30). This sentence included a three level downward departure pursuant to USSG § 5K1.1, and a further

downward variance under 18 U.S.C. § 3553(a). Retroactively applying the Fair Sentencing Act, and including the same three level departure under USSG § 5K1.1, Mr. Seabrooks's amended guideline range is 140 to 175 months, to be followed by a minimum of 4 years of supervised release. (Doc. 56). The United States and Mr. Seabrooks agree that a new sentence of 140 months' imprisonment and 4 years of supervised release is appropriate. (Doc. 59).

Accordingly, it is hereby

**ORDERED:**

Defendant Ronald Leon Seabrooks's term of imprisonment is reduced to 140 months or time served plus twenty-one days, whichever is greater. USSG § 1B1.10(b)(2)(C). Further, Defendant's term of supervised release is reduced to four years. All other terms and conditions of the Defendant's Judgment, (Doc. 30), remain in full force and effect.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of March, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record

United States Marshals Service
United States Probation Office
Bureau of Prisons
Defendant